IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ALICE MARIE MILLER                                                          PLAINTIFF


V.                            Case No. 06-CV-4094


MILLER COUNTY, ARKANSAS                                          DEFENDANT


## ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant Miller County,

Arkansas.  (Doc. 20).  Plaintiff Alice Marie Miller has responded.  (Doc. 27).  The Court finds

the matter ripe for consideration.

Upon consideration, the Court finds that the Motion for Summary Judgment filed by

Miller County, Arkansas, should be and hereby is **GRANTED IN PART AND DENIED IN**

**PART**.  Ms. Miller's FMLA claim will proceed to trial as scheduled, and her Title VII claim and

constructive discharge claim are hereby dismissed with prejudice.

IT IS SO ORDERED, this 11th day of February, 2009.


    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge